☒   **New Matter**

☐   **Amendment Relating to a Pending Matter**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION** | § § § § § | **MDL NO. 1:13-MD-2428-DPW** |
| **This Document Relates to:** Sean Rooney | § § § § § | **SHORT-FORM COMPLAINT AND DEMAND FOR JURY TRIAL** |

The Plaintiff(s) named below file this *Short-Form Complaint* against the Defendants named below and incorporate *The Master Complaint and Jury Demand* filed in MDL No. 2428 by reference. Plaintiff selects and indicates by checking-off where requested, those products, Parties and claims that are specific to his or her case.  Plaintiffs (s) further allege as follows:

1. Plaintiff  Sean Rooney, Individually and as Administrator of the Estate of Joyce Murie, Deceased

2. Plaintiff's Spouse (*if applicable*)_____

3. Other Plaintiff and capacity, if applicable (*i.e.,* administrator, executor, guardian, conservator, etc.)_____

4. State of Residence  Utah

5a.   ☒   By checking here, I choose Massachusetts as the "home" forum.

5b.   If you did not chose Massachusetts as the "home" forum, identify the United States District Court and Division in which venue would be proper absent direct filing_____

6. Defendant(s):[1]

---

[1] If additional Counts and/or Counts directed to other Defendants are alleged, the specific facts supporting these allegations must be pleaded by the Plaintiff in a manner complying with the requirements of the

- [X] FRESENIUS MEDICAL CARE HOLDINGS, INC.

- [X] FRESENIUS MEDICAL CARE HOLDINGS, INC. d/b/a FRESENIUS MEDICAL CARE NORTH AMERICA

- [X] FRESENIUS USA, INC.

- [x] FRESENIUS USA MANUFACTURING, INC.

- [x] FRESENIUS USA MARKETING, INC.

- [X] FRESENIUS USA SALES, INC.

- [X] FRESENIUS MEDICAL CARE AG & CO. KGaA.

- [X] FRESENIUS MEDICAL CARE MANAGEMENT AG.

- [X] FRESENIUS SE & CO. KGaA.

- [X] FRESENIUS MANAGEMENT SE.

- [ ] Other _____

7. Basis of Jurisdiction

   - [ ] Diversity of Citizenship

   - [X] Other: __MDL 2428_____

   Other allegations of jurisdiction and venue:
   _____
   _____
   _____
   _____

8. On or about ___December 30, 2007_____, Plaintiff had the following injury:

   ____Congestive Heart Failure_____

   which is alleged to have been caused by Defendants NaturaLyte and/or GranuFlo administered to Plaintiff for dialysis treatment at: _The Heart Hopital Baylor Plano
   1100 Ailied Dr.
   Plano, TX 75093

---

Federal Rules of Civil Procedure, and the Defendants against whom they are alleged must be specifically identified on a separate sheet of paper attached to the *Short Form Complaint*.

9. The following claims asserted in *The Master Complaint and Jury Demand*, and the allegations with regard thereto, are herein adopted by reference:

| | | |
|---|---|---|
| [X] | Count I – | STRICT LIABILITY |
| [X] | Count II – | NEGLIGENT FAILURE TO WARN |
| [X] | Count III – | NEGLIGENT DESIGN |
| [X] | Count IV – | NEGLIGENCE |
| [X] | Count V – | NEGLIGENT MISREPRESENATION |
| [X] | Count VI – | BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY |
| [X] | Count VII – | BREACH OF IMPLIED WARRANTY OF FITNESS FOR PARTICULAR PURPOSE |
| [X] | Count VIII – | BREACH OF EXPRESS WARRANTY |
| [X] | Count IX – | FRAUD |
| [X] | Count X – | VIOLATION OF CONSUMER PROTECTION LAWS |
| [ ] | Count XI – | LOSS OF CONSORTIUM |
| [X] | Count XII – | WRONGFUL DEATH |
| [X] | Count XIII – | SURVIVAL ACTION |
| [ ] | Other Count(s) (*See* FN 1) | |

10. Plaintiff asserts the following additional theories against the Defendants identified in Paragraph 6 above (*See* FN 1):

| |
|---|
| |
| |
| |

11. Plaintiff asserts the following additional theories against Defendants <u>other than</u> those identified in Paragraph 6 above (*See* FN 1):

3

|  |
|---|
|  |
|  |
|  |

**WHEREFORE**, Plaintiffs pray for relief as set forth in *The Master Complaint and Jury Demand* filed in MDL No. 2428.

```
                                          /s/ Scott A. Nelson
```

Scott A. Nelson

Law Office of Scott A. Nelson
Wells Fargo Tower
615 N. Upper Broadway
Suite 612
Corpus Christi, Texas 78477
(361) 882-4001 (Phone)
(361) 882-4201 (Facsimile)
Sanelson11@sbcglobal.net

*Attorney for Plaintiff(s)*

4